DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM EDWARD LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-938

[September 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 12-012641CF10A.

William Edward Lewis, Davie, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* *See* § 943.0581(3), Fla. Stat. (2018); Fla. Admin. Code R. 11C-7.008; *Lewis v. State*, 711 So. 2d 174 (Fla. 4th DCA 1998).

WARNER, GROSS and GERBER, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*